S.D.N.Y.–N.Y.C.
06-cv-15297
Griesa,.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand fourteen.

Present:

Robert A. Katzmann,
*Chief Judge,*
Ralph K. Winter,
*Circuit Judge,*
Victor Marrero,*
*District Judge.*

_____

Republic of Argentina,

*Petitioner,*

v.                                                         14-3409

Henry H. Brecher, individually, and on behalf of all others similarly situated,

*Respondent.*

_____

Petitioner moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting class certification. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134,139-40 (2d Cir. 2001). The appeal will be heard in tandem with the appeals proceeding under 14-2104(L). The Petitioner is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/25/2014

*Judge Victor Marrero, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-LKB